**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Elizabeth Cowan Wright |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 18-cr-286 ADM/DTS |
| | ) | Date: November 16, 2018 |
| Sheri Marie Lemma, | ) | Courthouse: St Paul |
| | ) | Courtroom: 3C |
| Defendant, | ) | Time Commenced: 2:51 p.m. |
| | | Time Concluded: 3:00 p.m. |
| | | Time in Court: 9 minutes |

APPEARANCES:

Plaintiff: Allen Slaughter, Assistant U.S. Attorney
Defendant: Ryan Pacyga,
✖ Retained

Date Charges Filed:   11/15/2018     Offense: Wire fraud, False statements relating to health care matters

✖ Advised of Rights

on     ✖ Indictment

✖ **Bond RPR set in the amount of $25,000.00 with conditions, see Order Setting Conditions of Release.**

Next appearance date is Tuesday, November 20, 2018, at 11:00 a.m. before U.S. Magistrate Judge Becky R. Thorson, Courtroom 6A STP, for:
✖ Arraignment

✖ Government moves to unseal the case.      ✖ Granted

Additional Information:

                                                                                                                                                   _s/Sarah Erickson_
                                                                                                                                          Signature of Courtroom Deputy