# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br>v.<br><br>Sheri Marie Lemma,<br>           Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:  BECKY R. THORSON<br>U.S. Magistrate Judge<br><br>Case No:          18-cr-286 ADM/DTS<br>Date:             November 20, 2018<br>Courthouse:       St. Paul<br>Courtroom:        6A<br>Time Commenced:   11:18 a.m.<br>Time Concluded:   11:21 a.m.<br>Time in Court:     3 minutes |

**APPEARANCES:**

  Plaintiff: Amber Brennan(for LeeAnn Bell), Assistant U.S. Attorney
  Defendant: Ryan Pacyga
       ✖ Retained

**Indictment Dated:**   November 15, 2018

       ✖ Reading of Indictment Waived       ✖ Not Guilty Plea Entered

| | |
|---|---|
| Government Disclosures Due Date: | November 27, 2018 |
| Defendant's Disclosures Due Date: | December 4, 2018 |
| Motion Filing Date: | December 11, 2018 |
| Motion Response Date: | December 26, 2018 |
| Notice of Intent to call Witnesses: | December 26, 2018 |
| Responsive Notice Deadline: | January 2, 2019 |
| | |
| Motion Hearing Date: | January 20, 2019 at 1:30 p.m. before U.S. Magistrate Judge David T. Schultz |
| | |
| Voir Dire/Jury Instruction Due Date: | January 21, 2019 |
| Status Conference Date: | NA |
| Trial Date: | January 28, 2019 at 9:30 a.m. before U.S. District Judge Ann D. Montgomery, CR 13W Mpls |

Other Remarks:

  ✖ Counsel to be notified of additional dates by separate Order to be issued.

_____ s/Janet Midtbo
Signature of Courtroom Deputy
